**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Tara Hoover, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 CV 50247 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| Abdullahi Said, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Judge Schneider's Report and Recommendation [139] that the settlement reached in this case, involving a minor, be found to be fair and reasonable, and reached in good faith as a result of the parties' private mediation. Judge Schneider allowed to 7/13/2023 for any objection, but none was filed. The Court has reviewed the allegations of the complaint, the allocation of settlement funds, and accepts Judge Schneider's assessment that the allocation is fair, reasonable, equitable, and was reached in good faith. In the absence of any objection, the Court adopts the Report and Recommendation [139]. Pursuant to the parties' stipulation [134], the case is dismissed with prejudice with each party to bear its own costs and fees. Civil case terminated.


Date: July 14, 2023

_____
Iain D. Johnston
United States District Judge